No. A–401. FREEMAN ET AL. *v.* PITTS ET AL. Application for stay of mandate of the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. The order heretofore entered by JUSTICE KENNEDY on November 22, 1989, is vacated.

No. D–777. IN RE DISBARMENT OF COOPER. Disbarment entered. [For earlier order herein, see 490 U. S. 1016.]

No. D–795. IN RE DISBARMENT OF HELD. Disbarment entered. [For earlier order herein, see 492 U. S. 930.]

No. D–805. IN RE DISBARMENT OF POLLACK. Disbarment entered. [For earlier order herein, see 492 U. S. 940.]

No. D–842. IN RE DISBARMENT OF EISENBERG. It is ordered that Donald S. Eisenberg, of Miami Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–843. IN RE DISBARMENT OF BROWN. It is ordered that Lawrence Brown, of Encino, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–844. IN RE DISBARMENT OF RAY. It is ordered that R. Lewis Ray, of Winston-Salem, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–845. IN RE DISBARMENT OF DAVIS. It is ordered that C. Michael Davis, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–846. IN RE DISBARMENT OF SANCHEZ-NAVARRO. It is ordered that Peter Sanchez-Navarro, Jr., of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.